# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MARCUS A. MALEY**
**ADC # 144160**                                                                            **PLAINTIFF**

**V.**                          **CASE NO. 1:10CV00020 SWW/BD**

**LARRY NORRIS,** *et al.*                                                      **DEFENDANTS**


## <u>ORDER</u>

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.   Plaintiff's motion for copies [docket entry 13] is denied.

Plaintiff's claims are DISMISSED WITH PREJUDICE.  This dismissal will count as a strike for purposes of 28 U.S.C. § 1915(g).  The Court certifies that an appeal from the dismissal of this matter would be frivolous and not taken in good faith.

IT IS SO ORDERED this 2nd day of June, 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE