# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

MARCUS A. MALEY  
ADC # 144160                                                                                        PLAINTIFF

V.                                  CASE NO. 1:10CV00020 SWW/BD

LARRY NORRIS, *et al.*                                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 2nd day of June, 2010.

/s/Susan Webber Wright  
UNITED STATES DISTRICT JUDGE